AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Southern District of New York__ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-cv-06225 | DATE FILED<br>7/29/2025 | U.S. DISTRICT COURT<br>for the Sourthern District of New York |
|---|---|---|
| PLAINTIFF<br>Duracell U.S. Operations, Inc. | | DEFENDANT<br>My Sales LLC, Jian Yang Zhang (a/k/a Kevin Zhang), Jian Ming Zhang (a/k/a Jimmy Zhang), Mimi Chen, and John Does 1-100 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 793,273 | 7/27/1965 | Duracell U.S. Operations, Inc. |
| 2 | 1,039,589 | 5/18/1976 | Duracell U.S. Operations, Inc. |
| 3 | 1,144,787 | 12/30/1980 | Duracell U.S. Operations, Inc. |
| 4 | 1,152,937 | 5/5/1981 | Duracell U.S. Operations, Inc. |
| 5 | 3,082,777 | 4/18/2006 | Duracell U.S. Operations, Inc. |

* Please see addendum for additional trademarks.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

**Addendum**

|   | **Patent or Trademark Number** | **Date of Patent or Trademark** | **Holder of Patent or Trademark** |
|---|---|---|---|
| 6 | 3,144,722 | 9/19/2006 | Duracell U.S. Operations, Inc. |