UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DURACELL U.S. OPERATIONS INC.,

                 Plaintiff,

    v.

MY SALES LLC, et al.,

                 Defendants.

No. 25 CV 6225 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     Before the Court are counsel's letters of February 23 and February 25, 2026 regarding Defendants' proposed Motion to Vacate Clerk's Certificate of Default.

     Counsel shall update the Court by letter no later than Apil 13 regarding settlement discussions.

     Counsel shall appear for a conference on May 4 at 10:00 AM unless settlement is effected prior thereto.

**SO ORDERED.**

Dated:     March 23, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge